# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD CLAPSADDLE, | Case No.: 2:25-cv-02280-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| MARCELA QUEZADA, et al., | [ECF No. 8] |
| Defendants | |

On January 15, 2026, Magistrate Judge Weksler recommended that I dismiss this case for lack of subject matter jurisdiction because neither diversity nor federal question jurisdiction exist. ECF No. 8.  Clapsaddle did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 8) is accepted, and plaintiff James Clapsaddle's complaint (ECF No. 6) is dismissed for lack of subject matter jurisdiction.  The dismissal is without leave to amend in this case, but with leave for the plaintiff to file his case in state court.

DATED this 4th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE